IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESUS DIAZ,<br><br>        Plaintiff,<br><br>v.<br><br>CAPITAL RESTORATION, LLC,<br>and STEPHEN CASEY CLARK,<br><br>        Defendants. | CIVIL ACTION FILE<br>NO. 1:15-CV-02213-ODE |

## [Proposed] ORDER

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement. Having considered the Parties' Joint Motion, it is hereby ORDERED that the Motion is GRANTED and the Settlement Agreement (the "Agreement") attached to the parties' Joint Motion is APPROVED. The Court hereby ORDERS that the parties comply with their respective obligations set forth in the Agreement.

SO ORDERED this 4 day of August, 2015.

_____
Hon. Orinda D. Evans
United States District Judge