IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESUS DIAZ,<br><br>               Plaintiff,<br><br>v.<br><br>CAPITAL RESTORATION, LLC,<br>and STEPHEN CASEY CLARK,<br><br>               Defendants. | CIVIL ACTION FILE<br>NO. 1:15-CV-02213-ODE |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jesus Diaz and Defendants Capital Restoration, LLC and Stephen Casey Clark (collectively, the "Parties"), by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(1)(A)(ii), hereby Stipulate to Plaintiff dismissing all claims brought by him in this action, with prejudice, each party to bear their own costs.

Consented to by:

/s/ Christopher B. Hall
Counsel for Plaintiff

Christopher B. Hall
Georgia Bar No. 318380
chall@hallandlampros.com
Hall & Lampros, LLP
1230 Peachtree St. NE – Suite 950

Consented to by:

/s/ Charles L. Bachman, Jr.
Counsel for Defendants

Charles L. Bachman, Jr.
Georgia Bar No. 030545
cbachman@gregorydoylefirm.com
Gregory, Doyle, Calhoun & Rogers LLC
49 Atlanta Street

Atlanta, GA  30309  Marietta, GA 30060
 (404) 876-8100  (770) 422-1776

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESUS DIAZ,<br><br>  Plaintiff,<br><br>v.<br><br>CAPITAL RESTORATION, LLC,<br>and STEPHEN CASEY CLARK,<br><br>  Defendants. | CIVIL ACTION FILE<br>NO. 1:15-CV-02213-ODE |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August, 2015, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE using CM/ECF which will automatically send e-mail notification of such filing to the following attorneys of record:

Christopher B. Hall

This 24th day of August, 2015.

  */s/ Charles L. Bachman, Jr.*
  Counsel for Defendants